[No. 27799-9-II.  Division Two.  May 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DUNDRAY
MONTERRIST CALHOUN, *Appellant*.

Appeal from judgments of the Superior Court for Pierce
County, No. 00-1-04332-7, John A. McCarthy, J., entered
August 31 and September 4, 2001. *Affirmed in part* and
*remanded* by unpublished opinion per Hunt, C.J., con-
curred in by Morgan and Bridgewater, JJ.

[No. 28825-7-II.  Division Two.  May 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BRUCE
TOMLIN, *Appellant*.

Appeal from judgments of the Superior Court for Clark
County, No. 01-1-02162-1, John F. Nichols, J., entered May
9 and 10, 2002. *Affirmed* by unpublished opinion per
Quinn-Brintnall, A.C.J., concurred in by Houghton and
Bridgewater, JJ.

[No. 28960-1-II.  Division Two.  May 13, 2003.]

ALAN DAUGHERTY, *Appellant*, v. THE DEPARTMENT OF REVENUE,
*Respondent*.

Appeal from judgments of the Superior Court for
Thurston County, No. 02-2-00082-4, Richard D. Hicks, J.,
entered May 30 and June 19, 2002. *Affirmed* by unpub-
lished opinion per Seinfeld, J., concurred in by Quinn-
Brintnall, A.C.J., and Armstrong, J.

[No. 29920-8-II.  Division Two.  May 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALLEN BOOTH
JR., *Appellant*.

Appeal from judgments of the Superior Court for Lewis
County, No. 99-1-00565-6, H. John Hall, J., entered Janu-
ary 10 and 15, 2003. *Reversed* by unpublished opinion per
Quinn-Brintnall, A.C.J., concurred in by Bridgewater and
Armstrong, JJ.